**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Elvia Villa-Cortez, | ) | No. 23-10688 |
| | ) | Judge Timothy A. Barnes |
| Debtor. | ) | Chapter 13 |

**NOTICE OF OBJECTION**

TO:   **Patrick S Layng, USTPRegion11.ES.ECF@usdoj.gov**
      **Thomas H. Hooper, thomas.h.hooper@chicagoch13.com**

Debtor objects to the Trustee's Motion to Dismiss filed as Docket Entry # 37 and requests that the matter be called for hearing.

Elvia Villa Cortez, Debtor

By: */s/ Vaughn A. White*

Vaughn A. White ARDC # 6198291
VW LAW LLC
Attorney for Debtor
1755 Park St., Suite 200
312-888-0131
vaughn@vaughnwhite.com

**CERTIFICATE OF SERVICE**

I, Vaughn A. White, an attorney, certify that I served a copy of this notice of objection by Email Delivery through ECF to each entity shown above at the addresses indicated on December 5, 2023.

*/s/ Vaughn A. White*
Vaughn A. White